AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. **1:26-cv-00467**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for **Condor Hospitality Limited Partnership** was recieved by me on **1/30/2026**:

☐ I personally served the summons on the individual at *(place)* on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒ I served the summons on **Corporation Service Company**, who is designated by law to accept service of process on behalf of **Condor Hospitality Limited Partnership** at **2 Sun Court 300, Peachtree Corners, GA 30092** on **02/02/2026 at 12:05 PM**; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*

I declare under penalty of perjury that this information is true.

Date: 02/02/2026

*Server's signature*

**Dana Faulkner**
Printed name and title

3769 Tupelo Trail
Auburn, GA 30011

*Server's address*

Additional information regarding attempted service, etc:

I delivered the documents, SUMMONS; COMPLAINT; CIVIL CASE FORM, to Corporation Service Company with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a black-haired black male contact 35-45 years of age, 5'8"-5'10" tall and weighing 160-180 lbs.  Barry Smith, Office Services,  Authorized to Accept.




Tracking #: 0206508330

# Georgia Certified Process Server



Dana Faulkner

Cert. Date   11/16/2024

Exp. Date   11/16/2027

ID #   CPS260

**NON LAW ENFORCEMENT**