AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   **1:26-cv-00467-SEG**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **Condor Hospitality Limited Partnership**
was recieved by me on  **3/24/2026:**

☐    I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐    I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒    I served the summons on **James William Blackham**, who is designated by law to accept service of process on behalf of **Condor Hospitality Limited Partnership** at **7450 Griffin Gate Dr, Cincinnati, OH 45255 on 03/25/2026 at 7:42 AM**; or

☐    I returned the summons unexecuted because ; or

☐    Other *(specify)*

I declare under penalty of perjury that this information is true.

Date:  03/25/2026

_____
*Server's signature*

**Cherica Bryant**
*Printed name and title*

**4251 Ilium Avenue**
**3213**
**Cincinnati, OH 45245**

_____
*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS; COMPLAINT; CIVIL COVER SHEET; PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT,  to James William Blackham who identified themselves as the person authorized to accept with identity confirmed by subject saying yes when named. The individual tried to refuse service by closing the door and after stating yes he was in fact james blackham subject then refused documents and stated he is now not james blackham (documents left, seen by subject). The individual appeared to be a bald white male contact 55-65 years of age, 5'4"-5'6" tall and weighing 160-180 lbs with glasses.**



