AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    **1:26-cv-00467-SEG**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (I))*

This summons for   **Condor Hospitality Limited Partnership, c/o Registered Agent: Corporation Service Company**
was received by me on  **4/10/2026:**

☐   I personally served the **SUMMONS; COMPLAINT; PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS  AND CORPORATE DISCLOSURE STATEMENT; CASE FILING FORM** on the individual at *(place)*  on *(date)* ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒   I served the summons on **Condor Hospitality**, who is designated by law to accept service of process on behalf of **Condor Hospitality Limited Partnership, c/o Registered Agent: Corporation Service Company** at **100 Shockoe Slip Fl 2, Richmond, VA 23219** on **04/10/2026 at 1:13 PM**; or

☐    I returned the summons unexecuted because ; or

☐   Other *(specify)*

I declare under penalty of perjury that this information is true.

Date:   04/10/2026

_____
*Server's signature*

**Jody Ashworth**
*Printed name and title*

**513 Huntington Rd
Colonial Heights, VA 23834**

_____
*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS; COMPLAINT; PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS  AND CORPORATE DISCLOSURE STATEMENT; CASE FILING FORM,  to Condor Hospitality who identified themselves as the person authorized to accept with identity confirmed by subject saying yes when named. The individual accepted service with direct delivery. The individual appeared to be a blonde-haired white female contact 55-65 years of age, 5'6"-5'8" tall and weighing 160-180 lbs with glasses.  The individual accepting service was Rene Nordquist (Intake Specialist).**



Tracking #: **0217949249**
