AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   **1:26-cv-00467-SEG**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **Condor Hospitality Limited Partnership, c/o Condor Hospitality REIT Trust General Partner, c/o Arinn**
was received by me on  **6/11/2026:**

☐ I personally served the **SUMMONS; COMPLAINT; PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT; CIVIL COVER SHEET** on the individual at *(place)*  on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒ I served the summons on **Heather DELLS**, who is designated by law to accept service of process on behalf of **Condor Hospitality Limited Partnership, c/o Condor Hospitality REIT Trust General Partner, c/o Arinn Cavey, Secretary of Condor Hospitality REIT Trust** at **6523 S 173rd Ave, Omaha, NE 68135** on **06/11/2026 at 11:40 AM**; or

☐  I returned the summons unexecuted because ; or

☐ Other *(specify)*

I declare under penalty of perjury that this information is true.

Date:  06/11/2026

_____
*Server's signature*

**Antonio Ahigba**
*Printed name and title*

**13705 polk plaza
120
Omaha, NE 68137**

_____
*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS; COMPLAINT; PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT; CIVIL COVER SHEET,  to Heather DELLS who identified themselves as the employee with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a black-haired white female contact 25-35 years of age, 5'4"-5'6" tall and weighing 120-140 lbs with an accent.**




Tracking #: **0227434986**