AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    **1:26-cv-00467-SEG**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **Condor Hospitality Limited Partnership, c/o Condor Hospitality REIT Trust General Partner, c/o CSC**
was received by me on  **6/10/2026:**

[X]  I personally served the **SUMMONS; COMPLAINT; PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT; CIVIL COVER SHEET** on the individual at **7 Saint Paul St, Ste 820, Baltimore, MD 21202** on **06/10/2026 at 3:11 PM**; or

☐  I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☐  I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

☐   I returned the summons unexecuted because ; or

☐  Other *(specify)*

I declare under penalty of perjury that this information is true.

Date:  06/10/2026

_____
*Server's signature*

**Temitope Erhabor**
*Printed name and title*

**222 maple avenue**
**Glen Burnie, MD 21061**

_____
*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS; COMPLAINT; PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT; CIVIL COVER SHEET,  to Condor Hospitality Limited Partnership, c/o Condor Hospitality REIT Trust General Partner, c/o CSC Lawyers Incorporating Service Company with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a black-haired black female contact 45-55 years of age, 5'6"-5'8" tall and weighing 120-140 lbs.**




Tracking #: **0227259704**