# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| MICHAL ROSEBERRY | * | |
| | * | |
| Plaintiff, | * | |
| v. | * | |
| | * | Civil Action No. |
| CONDOR HOSPITALITY LIMITED | * | 1:26-cv-00467-SEG |
| PARTNERSHIP, | * | |
| | * | |
| Defendant. | * | |
| | * | |

**PLAINTIFF'S CONSENT MOTION AT DEFENDANT'S REQUEST TO EXTEND TIME FOR DEFENDANT CONDOR HOSPITALITY LIMITED PARTNERSHIP TO RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant has requested and Plaintiff has agreed to hereby move this Court for an order extending the deadline for Defendant CONDOR HOSPITALITY LIMITED PARTNERSHIP answering, moving, objecting or otherwise responding to Plaintiff's Complaint from July 2, 2026 through and including July 15, 2026.

In support of this motion, Plaintiff shows the Court as follows:

1. Plaintiff filed her Complaint (Doc. 1) on January 26, 2026.

2. Plaintiff caused summonses to be issued or reissued on five occasions and served Defendant through six separate channels, as reflected in the returns of service (Docs. 4, 11, 16, 20, 21) and the Certificate of Compliance issued by the Clerk of the Virginia State Corporation Commission (Doc. 22).

3.      Defendant Condor Hospitality Limited Partnership was served with Plaintiff's Complaint on June 10, 2026 (Doc. 21), which required the Defendant to respond within 21 days of June 11, 2026, or by July 2, 2026.

4.      Defendant Condor Hospitality Limited Partnership has requested and Plaintiff has consented to an additional 14 days, or through and including July 15, 2026, for this Defendant to answer, move, object or otherwise respond to Plaintiff's Complaint.

5.      Defendant Condor Hospitality Limited Partnership requests an extension of the deadline for filing its response to Plaintiff's Complaint, through and including July 15, 2026, so as to give their counsel an ample opportunity to collect, review and prepare all the documents and paperwork necessary for the preparation of their response.

6.      This motion is not made for purposes of delay or harassment. Rather, it is based on the foregoing considerations.

7.      This motion is the first request for an extension of this deadline, which was set by the Service of Summons (Doc. 21).

WHEREFORE, at Defendant's request, Plaintiff seeks for the Court to grant its motion, extend the deadline for answering, moving, objecting or otherwise responding to Plaintiff's Complaint through and including July 15, 2026. A proposed order is attached hereto as **Exhibit 1**.

Respectfully submitted on July 2, 2026.

ANDERSEN, TATE & CARR, P.C.

*/s/ Jennifer M. Webster*
PATRICK J. MCDONOUGH
Georgia Bar No. 489855
pmcdonough@atclawfirm.com
JONATHAN S. TONGE
Georgia Bar No. 303999
jtonge@atclawfirm.com
JENNIFER M. WEBSTER
Georgia Bar No. 760381
jwebster@atclawfirm.com

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile

## CERTIFICATE OF COMPLIANCE

Under Local Rules 5.1(C) and 7.1(D), I hereby certify that the foregoing filing complies with the applicable font type and size requirements and is formatted in Times New Roman, 14-point font.

ANDERSEN, TATE & CARR, P.C.

*/s/ Jennifer M. Webster*
PATRICK J. MCDONOUGH
Georgia Bar No. 489855
pmcdonough@atclawfirm.com
JONATHAN S. TONGE
Georgia Bar No. 303999
jtonge@atclawfirm.com
JENNIFER M. WEBSTER
Georgia Bar No. 760381
jwebster@atclawfirm.com

One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 | Telephone
(770) 822-9680 | Facsimile