# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| MICHAL ROSEBERRY | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | Civil Action No. |
| CONDOR HOSPITALITY LIMITED | * | 1:26-cv-00467-SEG |
| PARTNERSHIP, | * | |
| | * | |
| Defendant. | * | |
| | * | |

## ORDER ON PLAINTIFF'S CONSENT MOTION AT  DEFENDANT'S REQUEST TO EXTEND TIME FOR DEFENDANT  CONDOR HOSPITALITY LIMITED PARTNERSHIP TO RESPOND TO PLAINTIFF'S COMPLAINT

The Court, having read and considered Plaintiff's Consent Motion at Defendant's Request to Extend Time for Defendant Condor Hospitality Limited Partnership to Respond to Plaintiff's Complaint in this case, it is hereby ORDERED that Plaintiff's Motion to Extend Time for Defendant Condor Hospitality Limited Partnership to Plaintiff's Complaint is GRANTED.

SO ORDERED this 10th day of July, 2026.

_____
Sarah E. Geraghty
United States District Judge

ANDERSEN, TATE & CARR, P.C.

PATRICK J. MCDONOUGH
Georgia Bar No. 489855
pmcdonough@atclawfirm.com
JONATHAN S. TONGE
Georgia Bar No. 303999
jtonge@atclawfirm.com
JENNIFER M. WEBSTER
Georgia Bar No. 760381
jwebster@atclawfirm.com


One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
(770) 822-0900 Telephone
(770) 822-9680 Facsimile