# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | | |
|---|---|---|
| MICHAL ROSEBERRY | * | |
| | * | |
| Plaintiff, | * | |
| v. | * | |
| | * | Civil Action No. |
| CONDOR HOSPITALITY LIMITED | * | 1:26-cv-00467-SEG |
| PARTNERSHIP, | * | |
| | * | |
| Defendants. | * | |
| | * | |

## DEFENDANT'S RULE 5.4 CERTIFICATE OF SERVICE OF DISCOVERY

I hereby certify that on the16th day of July, 2026 a true and correct copy of:

- ***Defendant Condor Hospitality Limited Partnership's First Interrogatories to Plaintiff.***

- ***Defendant Condor Hospitality Limited Partnership's First Requests for the Production of Documents to Plaintiff; and***

- ***Defendant Condor Hospitality Limited Partnership's First Requests for Admissions to Plaintiff.***

was served via electronic transmission, upon the following counsel of record:

PATRICK J. MCDONOUGH
JONATHAN S. TONGE
JENNIFER M. WEBSTER
ANDERSEN, TATE & CARR, P.C.
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
pmcdonough@atclawfirm.com
jtonge@atclawfirm.com
jwebster@atclawfirm.com
*Counsel for Plaintiff*

180142222.1

This 16th day of July, 2026.

<div style="float:right">

/s/ Cameron A. Mobley

CAMERON A. MOBLEY
Georgia Bar No. 613048
R. JOSHUA GREGORY
Georgia Bar No. 470524

*Counsel for Condor Hospitality
Limited Partnership*

</div>

**LEWIS BRISBOIS BISGAARD
  & SMITH LLP**
600 Peachtree Street, Suite 4700
Atlanta, Georgia 30308
(404) 348-8585
(404) 467-8845 Facsimile
Cameron.Mobley@lewbrisbois.com
Joshua.Gregory@lewisbrisbois.com

180142222.1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I electronically filed the foregoing ***Defendant's Rule 5.4***

***Certificate of Service of Discovery***  with the Clerk of Court using the CM/ECF filing

system which will automatically send e-mail notification of such filing to the

following counsel of record:

<div align="center">

PATRICK J. MCDONOUGH
JONATHAN S. TONGE
JENNIFER M. WEBSTER
ANDERSEN, TATE & CARR, P.C.
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
pmcdonough@atclawfirm.com
jtonge@atclawfirm.com
jwebster@atclawfirm.com

*Counsel for Plaintiff*

</div>

This 16th day of July, 2026.

<table>
<tr>
<td>

**LEWIS BRISBOIS BISGAARD
  & SMITH LLP**
600 Peachtree Street, Suite 4700
Atlanta, Georgia 30308
(404) 348-8585
(404) 467-8845 Facsimile
Cameron.Mobley@lewbrisbois.com
Joshua.Gregory@lewisbrisbois.com

</td>
<td>

*/s/ Cameron A. Mobley*
CAMERON A. MOBLEY
Georgia Bar No. 613048
R. JOSHUA GREGORY
Georgia Bar No. 470524

*Counsel for Condor Hospitality
Limited Partnership*

</td>
</tr>
</table>

180142222.1