**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| Michal Roseberry, | * | |
| | * | |
| Plaintiff, | * | |
| v. | * | |
| | * | Civil Action No. |
| Condor Hospitality Limited | * | 1:26-cv-00467-SEG |
| Partnership, | * | |
| | * | |
| Defendant. | * | |
| | * | |

**DEFENDANT CONDOR HOSPITALITY LIMITED PARTNERSHIP'S
REQUEST FOR ORAL ARGUMENT**

COME NOW, Defendant Condor Hospitality Limited Partnership (hereinafter "Condor" or "Defendant"), and pursuant to Local Rule 7.1(E) and this Court's Standing Order Regarding Civil Litigation, hereby requests that this Court hear oral argument on Condor's Motion to Dismiss Plaintiff's Public Nuisance Claim, showing this Honorable Court as follows:

1.

On July 15, 2026, Condor filed its Motion to Dismiss Plaintiff's Public Nuisance Claim. Doc. 26. Plaintiff timely filed her Response in Opposition to Defendant's Motion to Dismiss on July 29, 2026. Doc. 29. Condor timely filed its Reply in Support of its Motion to Dismiss on August 11, 2026.

181729956.1

2.

The resolution of Condor's Motion to Dismiss Plaintiff's Public Nuisance Claim presents novel issues concerning the intersection of Georgia public nuisance law and claims arising from alleged violations of the Trafficking Victims Protection Reauthorization Act ("TVPRA"). The parties' briefing centers on whether allegations of trafficking, prostitution, and related criminal activity are sufficient to state a public nuisance claim under Georgia law and the application of Georgia appellate decisions to the allegations of this case. No applicable appellate authority appears to directly address public nuisance claims asserted in the context of TVPRA allegations against a hotel operator. Oral argument would therefore assist the Court in evaluating the parties' arguments, the relevant authorities, and the application of those authorities to the allegations of the Complaint.

3.

In addition to the foregoing bases, Condor's undersigned counsel has been practicing law for two years. Should this Court decide to hear oral argument on Condor's Motion to Dismiss Plaintiff's Public Nuisance Claim, undersigned counsel will be responsible for arguing the Motion in its entirety. The Court's Standing Order Regarding Civil Litigation expressly provides additional consideration to requests for oral argument made by attorneys who have been practicing law for five years or less. As undersigned counsel falls within that category, Condor respectfully submits

that oral argument is appropriate and would further the objectives of the Standing

Order while assisting the Court in resolving the issues presented by the Motion.

4.

Based on the foregoing, Condor respectfully requests that this Court issue an

ORDER scheduling oral argument on Condor's Motion to Dismiss Plaintiff's Public

Nuisance Claim at such date and time as this Court deems appropriate.

Respectfully submitted this 11th day of August, 2026.

|  |  |
|---|---|
|  | */s/ Cameron A. Mobley* |
|  | CAMERON A. MOBLEY |
|  | Georgia Bar No. 613048 |
| **LEWIS BRISBOIS BISGAARD** | R. JOSHUA GREGORY |
| **& SMITH LLP** | Georgia Bar No. 470524 |
| 600 Peachtree Street, Suite 4700 | *Counsel for Condor Hospitality* |
| Atlanta, Georgia 30308 | *Limited Partnership* |
| (404) 348-8585 | |
| (404) 467-8845 Facsimile | |
| Cameron.Mobley@lewisbrisbois.com | |
| Joshua.Gregory@lewisbrisbois.com | |

3

## RULE 7.1D CERTIFICATE OF COMPLIANCE

Pursuant to Local Rule 7.1D of the United States District Court of the Northern District of Georgia, the undersigned certifies that the foregoing submission to the Court was computer-processed, double-spaced between lines, and used Times New Roman font of 14 point size.

Dated: August 11, 2026.

/s/ *Cameron A. Mobley*
Cameron A. Mobley
Georgia Bar No. 613048

4

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have this 11th day of August, 2026 filed the within and

foregoing ***DEFENDANT CONDOR HOSPITALITY LIMITED***

***PARTNERSHIP'S REQUEST FOR ORAL ARGUMENT*** via CM/ECF, which

automatically sends an electronic copy to all counsel of records as follows:

PATRICK J. MCDONOUGH
JONATHAN S. TONGE
JENNIFER M. WEBSTER
**ANDERSEN, TATE & CARR, P.C.**
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
pmcdonough@atclawfirm.com
jtonge@atclawfirm.com
jwebster@atclawfirm.com

*Counsel for Plaintiff*

Submitted this 11th day of August, 2026

|  |  |
|---|---|
|  | /s/ Cameron A. Mobley |
|  | CAMERON A. MOBLEY |
|  | Georgia Bar No. 613048 |
| **LEWIS BRISBOIS BISGAARD** | R. JOSHUA GREGORY |
| **& SMITH LLP** | Georgia Bar No. 470524 |
| 600 Peachtree Street, Suite 4700 |  |
| Atlanta, Georgia 30308 | *Counsel for Condor Hospitality* |
| (404) 348-8585 | *Limited Partnership* |
| (404) 467-8845 Facsimile |  |
| Cameron.Mobley@lewisbrisbois.com |  |
| Joshua.Gregory@lewisbrisbois.com |  |