# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | | |
|---|---|---|
| MICHAL ROSEBERRY | * | |
| | * | |
| Plaintiff, | * | |
| v. | * | |
| | * | Civil Action No. |
| CONDOR HOSPITALITY LIMITED | * | 1:26-cv-00467-SEG |
| PARTNERSHIP, | * | |
| | * | |
| Defendants. | * | |
| | * | |

## DEFENDANT'S RULE 5.4 CERTIFICATE OF SERVICE OF DISCOVERY

I hereby certify that on the14th day of August, 2026 a true and correct copy of:

- ***Defendant Condor Hospitality Limited Partnership's Initial Disclosures.***

was served via electronic transmission, upon the following counsel of record:

PATRICK J. MCDONOUGH
JONATHAN S. TONGE
JENNIFER M. WEBSTER
ANDERSEN, TATE & CARR, P.C.
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
pmcdonough@atclawfirm.com
jtonge@atclawfirm.com
jwebster@atclawfirm.com
*Counsel for Plaintiff*

This 14th day of August, 2026.

181946842.1

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
600 Peachtree Street, Suite 4700
Atlanta, Georgia 30308
(404) 348-8585
(404) 467-8845 Facsimile
Cameron.Mobley@lewbrisbois.com
Joshua.Gregory@lewisbrisbois.com

/s/ Cameron A. Mobley
CAMERON A. MOBLEY
Georgia Bar No. 613048
R. JOSHUA GREGORY
Georgia Bar No. 470524

*Counsel for Condor Hospitality Limited Partnership*

181946842.1

# <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I electronically filed the foregoing ***Defendant's Rule 5.4 Certificate of Service of Discovery*** with the Clerk of Court using the CM/ECF filing system which will automatically send e-mail notification of such filing to the following counsel of record:

PATRICK J. MCDONOUGH
JONATHAN S. TONGE
JENNIFER M. WEBSTER
ANDERSEN, TATE & CARR, P.C.
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
pmcdonough@atclawfirm.com
jtonge@atclawfirm.com
jwebster@atclawfirm.com

*Counsel for Plaintiff*

This 14th day of August, 2026.

|  |  |
|---|---|
|  | */s/ Cameron A. Mobley* |
|  | CAMERON A. MOBLEY |
| **LEWIS BRISBOIS BISGAARD** | Georgia Bar No. 613048 |
| **& SMITH LLP** | R. JOSHUA GREGORY |
| 600 Peachtree Street, Suite 4700 | Georgia Bar No. 470524 |
| Atlanta, Georgia 30308 |  |
| (404) 348-8585 | *Counsel for Condor Hospitality* |
| (404) 467-8845 Facsimile | *Limited Partnership* |
| Cameron.Mobley@lewbrisbois.com |  |
| Joshua.Gregory@lewisbrisbois.com |  |

181946842.1