**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| MICHAL ROSEBERRY<br><br>Plaintiff,<br>v.<br><br>CONDOR HOSPITALITY LIMITED PARTNERSHIP,<br><br>Defendants. | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* | Civil Action No.<br>1:26-cv-00467-SEG |

**<u>DEFENDANT'S RULE 5.4 CERTIFICATE OF SERVICE OF DISCOVERY</u>**

I hereby certify that on the25th day of August, 2026 a true and correct copy of:

- ***Defendant Condor Hospitality Limited Partnership's Responses and Objections to Plaintiff's First Interrogatories;***
- ***Defendant Condor Hospitality Limited Partnership's Responses and Objections to Plaintiff's First Requests for Admissions; and***
- ***Defendant Condor Hospitality Limited Partnership's Responses and Objections to Plaintiff's First Requests for the Production of Documents.***

was served via electronic transmission, upon the following counsel of record:

PATRICK J. MCDONOUGH | JONATHAN S. TONGE
JENNIFER M. WEBSTER
**ANDERSEN, TATE & CARR, P.C.**
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
pmcdonough@atclawfirm.com
jtonge@atclawfirm.com
jwebster@atclawfirm.com
*Counsel for Plaintiff*

This 25th day of August, 2026.

*/s/ Cameron A. Mobley*
CAMERON A. MOBLEY
Georgia Bar No. 613048
R. JOSHUA GREGORY
Georgia Bar No. 470524

*Counsel for Condor Hospitality Limited Partnership*

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
600 Peachtree Street, Suite 4700
Atlanta, Georgia 30308
(404) 348-8585
(404) 467-8845 Facsimile
Cameron.Mobley@lewbrisbois.com
Joshua.Gregory@lewisbrisbois.com

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing ***Defendant's Rule 5.4 Certificate of Service of Discovery*** with the Clerk of Court using the CM/ECF filing system which will automatically send e-mail notification of such filing to the following counsel of record:

PATRICK J. MCDONOUGH
JONATHAN S. TONGE
JENNIFER M. WEBSTER
ANDERSEN, TATE & CARR, P.C.
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
pmcdonough@atclawfirm.com
jtonge@atclawfirm.com
jwebster@atclawfirm.com

*Counsel for Plaintiff*

This 25th day of August, 2026.

*/s/ Cameron A. Mobley*
CAMERON A. MOBLEY
Georgia Bar No. 613048
R. JOSHUA GREGORY
Georgia Bar No. 470524

*Counsel for Condor Hospitality Limited Partnership*

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
600 Peachtree Street, Suite 4700
Atlanta, Georgia 30308
(404) 348-8585
(404) 467-8845 Facsimile
Cameron.Mobley@lewbrisbois.com
Joshua.Gregory@lewisbrisbois.com