UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MICHAL ROSEBERRY,<br><br>Plaintiff,<br><br>v.<br><br>CONDOR HOSPITALITY LIMITED PARTNERSHIP,<br><br>Defendant. | CIVIL ACTION NO.<br><br>1:26-CV-00467-SEG |

**O R D E R**

Upon review of the information contained in the Joint Preliminary Report and Discovery Plan completed and filed by the parties, the Court orders that the time limits for adding parties, amending the pleadings, filing motions, completing discovery, and discussing settlement are as set out in the Federal Rules of Civil Procedure and the Local Rules of this Court, except as modified in the parties' plan. Fact discovery in this case will close on February 15, 2027. The parties' expert disclosures shall be due on February 15, 2027, and rebuttal-expert disclosures shall be due 30 days after the deadline for expert disclosures. Expert discovery will close on April 15, 2027. Dispositive motions shall be filed no later than 30 days after the close of discovery. If no dispositive motions are filed, the parties' proposed consolidated pretrial order shall be filed no later than 45 days after the close of discovery.

Local Rule 3.3, NDGa, provides that counsel for all private (nongovernmental) parties must file a certificate of interested persons and corporate disclosure statement at the time of first appearance. A review of the docket in this action indicates that Defendant has not complied with this rule. Defendant is hereby ORDERED to file its certificate of interested persons and corporate disclosure statement within 10 days of the entry date of this order.

**SO ORDERED** this 28th day of August, 2026.

SARAH E. GERAGHTY
United States District Judge