**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| MICHAL ROSEBERRY<br><br>Plaintiff,<br>v.<br><br>CONDOR HOSPITALITY LIMITED PARTNERSHIP,<br><br>Defendants. | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* | Civil Action No.<br>1:26-cv-00467-SEG |

**CONDOR HOSPITALITY LIMITED PARTNERSHIP'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 3.3, Defendant Condor Hospitality Limited Partnership ("Condor") hereby states as follows:

(1) The undersigned counsel of record for Condor hereby certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

**a. Plaintiff Michal Roseberry ("Plaintiff")**

**b. Condor Hospitality Limited Partnership:** Condor is a non-governmental limited partnership. Condor Hospitality REIT Trust is Condor's parent company and owns 99.9% of Condor's

shares. No publicly held company owns 10% or more of Condor's shares. However, Condor Hospitality Trust, Inc. is Condor Hospitality REIT Trust's parent company. Condor Hospitality Trust, Inc. is a publicly traded company and owns more than 100% of the stock in Condor Hospitality REIT Trust. No other privately held or publicly traded company owns 10% or more of Condor's stock.

(2) The undersigned certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

**None known.**

(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

**a. For Plaintiff**

Patrick J. McDonough
Jonathan S. Tonge
Jennifer M. Webster
**ANDERSEN, TATE & CARR, P.C.**
One Sugarloaf Centre
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
Phone: (770) 822-0900

Fax: (770) 822-9680

**b. For Condor**

Cameron A. Mobley
R. Joshua Gregory
**LEWIS BRISBOIS BISGAARD & SMITH, LLP**
600 Peachtree Street NE, Suite 4700
Atlanta, Georgia 30308

Respectfully submitted this 10th day of September, 2026.

*/s/ Cameron A. Mobley*
CAMERON A. MOBLEY
Georgia Bar No. 613048
R. JOSHUA GREGORY
Georgia Bar No. 470524

*Counsel for Condor Hospitality Limited Partnership*

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
600 Peachtree Street, Suite 4700
Atlanta, Georgia 30308
(404) 348-8585
(404) 467-8845 Facsimile
Cameron.Mobley@lewbrisbois.com
Joshua.Gregory@lewisbrisbois.com

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing ***CONDOR HOSPITALITY LIMITED PARTNERSHIP'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT*** with the Clerk of Court using the CM/ECF filing system which will automatically send e-mail notification of such filing to the following counsel of record:

PATRICK J. MCDONOUGH
JONATHAN S. TONGE
JENNIFER M. WEBSTER
ANDERSEN, TATE & CARR, P.C.
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
pmcdonough@atclawfirm.com
jtonge@atclawfirm.com
jwebster@atclawfirm.com

*Counsel for Plaintiff*

This 10th day of September, 2026.

*/s/ Cameron A. Mobley*
CAMERON A. MOBLEY
Georgia Bar No. 613048
R. JOSHUA GREGORY
Georgia Bar No. 470524

*Counsel for Condor Hospitality Limited Partnership*

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
600 Peachtree Street, Suite 4700
Atlanta, Georgia 30308
(404) 348-8585
(404) 467-8845 Facsimile
Cameron.Mobley@lewbrisbois.com
Joshua.Gregory@lewisbrisbois.com