**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| MICHAL ROSEBERRY | * | |
| | * | |
| Plaintiff, | * | |
| v. | * | |
| | * | Civil Action No. 1:26-cv-00467-SEG |
| CONDOR HOSPITALITY LIMITED PARTNERSHIP, | * | |
| | * | |
| | * | |
| Defendants. | * | |
| | * | |

**NOTICE OF INTENT TO ISSUE SUBPOENAS**

COMES NOW, Defendant Condor Hospitality Limited Partnership (hereinafter "Defendant"), and pursuant to Rule 45 of the Federal Rules of Civil Procedures, hereby provides notice of its intent to serve a Subpoena for the Production of Document to the following entities:

New Beginnings, Out of Darkness, Good Landing Recovery, Tammy Holland/Abundant Living Counseling, Emory Healthcare, Grady Health System, Northside Hospital, Skyland Trail, The Entrepreneurship Institutes, The Whole 9, Wholesome Plates Catering and The Green Coyote.

This 28th day of September, 2026.

*/s/ Cameron A. Mobley*
CAMERON A. MOBLEY
Georgia Bar No. 613048
R. JOSHUA GREGORY
Georgia Bar No. 470524

*Counsel for Condor Hospitality Limited Partnership*

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
600 Peachtree Street, Suite 4700
Atlanta, Georgia 30308
(404) 348-8585
(404) 467-8845 Facsimile
Cameron.Mobley@lewbrisbois.com
Joshua.Gregory@lewisbrisbois.com

## CERTIFICATE OF COMPLIANCE

Pursuant to L.R. 5.1 and L.R. 7.1(D), the undersigned hereby certify that the foregoing Notice of Intent to Issue Subpoena was prepared using 14-point Times New Roman font.

This 28th day of September, 2026.

*/s/ Cameron A. Mobley*
CAMERON A. MOBLEY
Georgia Bar No. 613048
R. JOSHUA GREGORY
Georgia Bar No. 470524

*Counsel for Condor Hospitality Limited Partnership*

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
600 Peachtree Street, Suite 4700
Atlanta, Georgia 30308
(404) 348-8585
(404) 467-8845 Facsimile
Cameron.Mobley@lewbrisbois.com
Joshua.Gregory@lewisbrisbois.com

# CERTIFICATE OF SERVICE

We hereby certify that we have this day served a copy of the foregoing **NOTICE OF INTENT TO ISSUE SUBPOENAS** by electronically filing the same with the Clerk of Court using the CM/ECF system, which will automatically send electronic notifications to counsel for Plaintiff as follows:

PATRICK J. MCDONOUGH
JONATHAN S. TONGE
JENNIFER M. WEBSTER
ANDERSEN, TATE & CARR, P.C.
1960 Satellite Boulevard, Suite 4000
Duluth, Georgia 30097
pmcdonough@atclawfirm.com
jtonge@atclawfirm.com
jwebster@atclawfirm.com

*Counsel for Plaintiff*

This 28th day of September, 2026.

*/s/ Cameron A. Mobley*
CAMERON A. MOBLEY
Georgia Bar No. 613048
R. JOSHUA GREGORY
Georgia Bar No. 470524

*Counsel for Condor Hospitality Limited Partnership*

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
600 Peachtree Street, Suite 4700
Atlanta, Georgia 30308
(404) 348-8585
(404) 467-8845 Facsimile
Cameron.Mobley@lewbrisbois.com
Joshua.Gregory@lewisbrisbois.com