Commonwealth of Virginia
State Corporation Commission
Office of the Clerk
Entity ID: L0113250
Filing Number: 2111123861708
Filing Date/Time: 11/12/2021 11:31 AM
Effective Date/Time: 11/12/2021 11:31 AM

Form **LPA-73.12** (Rev. 08/20)

State Corporation Commission

# Certificate of Amendment of a Certificate of Limited Partnership

The undersigned, on behalf of the limited partnership set forth below, pursuant to Title 50, Chapter 2.1 of the Code of Virginia, state(s) as follows:

1. The name of the Virginia limited partnership is
   Condor Hospitality Limited Partnership.
2. The initial certificate of limited partnership was filed with the State Corporation Commission on August 29, 1994.
3. The certificate of limited partnership is amended as follows **(complete appropriate subsection(s))**:

A. The name of the limited partnership has changed to

____________________.

B. The limited partnership's principal office address, including the street and number, if any, has changed to
1800 West Pasewalk Avenue, Ste. 120, Norfolk, NE 68701.
(number/street) (city or town) (state) (zip)

C. The name of each general partner that has **withdrawn** and, if it is a business entity, the jurisdiction under whose laws it is incorporated, organized or formed, and its SCC ID number, if assigned, are:

____________________
(name of general partner) (SCC ID #, if assigned) (jurisdiction of organization)

D. **(Check if applicable)** ☐ Notwithstanding the withdrawal of one or more general partners, the business of the limited partnership is to continue pursuant to § 50-73.49 of the Code of Virginia.

E. The name and post office address, including the street and number, if any, of each **new** general partner that has been **admitted** and, if it is a business entity, the jurisdiction under whose laws it is incorporated, organized or formed, and its SCC ID number, if assigned, are:

____________________
(name of general partner) (SCC ID #, if assigned) (jurisdiction of organization)

____________________
(number/street) (city or town) (state) (zip)

**Check and complete if applicable:**

☐ Each of the following **new** general partners that is a business entity is serving, without more, as a general partner of the limited partnership and does not otherwise transact business in Virginia. See §§ 13.1 -757, 13.1-1059 and/or 50-73.61 of the Code of Virginia.

____________________

F. Other amendments: Supertel Hospitality REIT Trust, the general partner of record, changed its name to Condor Hospitality REIT Trust.

Signature(s) of general partner(s):

Jill Burger (signature) — 11/12/21 (date)

By: CONDOR HOSPITALITY REIT TRUST, General Partner, by Jill Burger, its Vice President & Treasurer
(printed name and title) (telephone number (optional))

____________________
(signature) (date)

____________________
(printed name and title) (telephone number (optional))

L0113250
(limited partnership's SCC ID No.)