EX-21.0 3 c545-20141231ex210f06772.htm EX-21.0

**EXHIBIT 21.0**

**LIST OF SUBSIDIARIES**

Supertel Hospitality, Inc. owns, directly or indirectly, 100% of the voting securities, partnership interests or limited liability company interests of the entities listed below (unless otherwise indicated).

| **Subsidiary** | **Jurisdiction of Incorporation** |
|---|---|
| Supertel Hospitality REIT Trust | Maryland |
| E&P REIT Trust | Maryland |
| TRS Leasing, Inc. | Virginia |
| Supertel Hospitality Management, Inc. | Maryland |
| Supertel Limited Partnership (SLP) (99%) | Virginia |
| E&P Financing Limited Partnership | Maryland |
| Solomons GP, LLC (SGLLC) (100% owned by SLP) | Delaware |
| Solomons Beacon Inn Limited Partnership (1%; 99% owned by SGLLC) | Maryland |
| TRS Subsidiary, LLC | Delaware |
| SPPR Holdings, Inc. | Delaware |
| SPPR – Hotels, LLC (1%; 99% owned by SLP) | Delaware |
| SPPR – South Bend, LLC (100% owned by SLP) | Delaware |
| SPPR TRS Subsidiary, LLC | Delaware |
| SPPR-Dowell Holdings, Inc. | Delaware |
| SPPR-Dowell, LLC (1%; 99% owned by SLP) | Delaware |
| SPPR-Dowell TRS Subsidiary, LLC | Delaware |
| BMI Alexandria Holdings, Inc. | Delaware |
| BMI Alexandria, LLC (1%, 99% owned by SLP) | Delaware |
| BMI Alexandria TRS Subsidiary, LLC | Delaware |