# GEORGIA CORPORATIONS DIVISION

GEORGIA SECRETARY OF STATE
BRAD RAFFENSPERGER

HOME (/)

## BUSINESS SEARCH

### BUSINESS INFORMATION

| | | | |
|---|---|---|---|
| Business Name: | **TRS LEASING, INC.** | Control Number: | **0663462** |
| Business Type: | **Foreign Profit Corporation** | Business Status: | **Withdrawn** |
| Business Purpose: | **NONE** | | |
| Principal Office Address: | **1800 West Pasewalk Avenue Suite 200, Norfolk, NE, 68701, USA** | Date of Formation / Registration Date: | **8/3/2006** |
| Jurisdiction: | **Virginia** | Last Annual Registration Year: | **2018** |
| Dissolved Date: | **03/22/2018** | | |

### REGISTERED AGENT INFORMATION

| | |
|---|---|
| Registered Agent Name: | **CORPORATION SERVICE COMPANY** |
| Physical Address: | **40 TECHNOLOGY PARKWAY SOUTH, SUITE 300, NORCROSS, GA, 30092, USA** |
| County: | **Gwinnett** |

### OFFICER INFORMATION

| Name | Title | Business Address |
|---|---|---|
| J. WILLIAM BLACKHAM | CEO | 1800 WEST PASEWALK AVENUE, NORFOLK, NE, 68701, USA |
| JONATHAN GANTT | CFO | 1800 WEST PASEWALK AVENUE, NORFOLK, NE, 68701, USA |
| LAUREN GREEN | Secretary | 1800 WEST PASEWALK AVENUE, NORFOLK, NE, 68701, USA |

Back

Filing History     Name History

Return to Business Search


© 2015 PCC Technology Group. All Rights Reserved. Version 6.2.19

**Report a Problem?**

GEORGIA
CORPORATIONS DIVISION

GEORGIA SECRETARY OF STATE
BRAD RAFFENSPERGER

HOME (/)

## BUSINESS SEARCH

### BUSINESS INFORMATION

| | | | |
|---|---|---|---|
| Business Name: | **Condor Hospitality Limited Partnership** | Control Number: | **0663449** |
| Business Type: | **Foreign Limited Partnership** | Business Status: | **Withdrawn** |
| Business Purpose: | **NONE** | | |
| Principal Office Address: | **1800 West Pasewalk Avenue Suite 200, P. O. Box 1448, Norfolk, NE, 68701, USA** | Date of Formation / Registration Date: | **8/3/2006** |
| Jurisdiction: | **Virginia** | Last Annual Registration Year: | **2018** |
| Principal Record Address: | **NONE** | | |
| Dissolved Date: | **03/22/2018** | | |

### REGISTERED AGENT INFORMATION

| | |
|---|---|
| Registered Agent Name: | **CORPORATION SERVICE COMPANY** |
| Physical Address: | **40 TECHNOLOGY PARKWAY SOUTH, SUITE 300, NORCROSS, GA, 30092, USA** |
| County: | **Gwinnett** |

### GENERAL PARTNER INFORMATION

| Name | Title | Business Address |
|---|---|---|
| Supertel Hospitality REIT, Trust | General Partner | J. WILLIAM BLACKHAM, President 1800 West Pasewalk Avenue Suite 200, Norfolk, NE, 68701, USA |

Back

Filing History Name History

Return to Business Search


© 2015 PCC Technology Group. All Rights Reserved. Version 6.2.19

**Report a Problem?**