Policy Number: TH7-Z91-460729-055
Issued by: LIBERTY INSURANCE CORPORATION

Endorsement #: 1
End. Eff. Date:

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## DECLARATIONS EXTENSION – NAMED INSURED

This endorsement modifies insurance provided under the following:

COMMERCIAL LIABILITY – UMBRELLA COVERAGE FORM

Extension of **Item 1.** Named Insured of the Declarations:

First Named Insured: Supertel Hospitality, Inc.

Additional Named Insureds:

Supertel Hospitality REIT Trust
Solomons GP LC
Supertel Limited Partnership
Solomons Beacon Inn Partnership
Supertel Hospitality Management, Inc.
E & P Financing Limited Partnership
E & P REIT Trust
TRS Leasing, Inc.
TRS Subsidiary, LLC
SPPR TRS Subsidiary, LLC
SPPR Holdings, Inc.
SPPR Hotels, LLC
SPPR - South Bend, LLC
SPPR - BMI Holdings, Inc
SPPR - BMI TRS Subsidiary, LLC
SPPR - BMI, LLC
SPPR - Dowell, LLC
SPPR - Dowell Holdings, LLC
SPPR - Dowell TRS Subsidiary, LLC


© 2010 Liberty Mutual Group of Companies. All rights reserved. Includes copyrighted material of Insurance Services Office, Inc., with its permission.

## COMMERCIAL GENERAL LIABILITY
## DECLARATIONS EXTENSION SCHEDULE – NAMED INSURED

Policy number TB2-Z91-460729-035

It is agreed that the following are Named Insured(s) under this coverage part:

SPPR - Alexandria Bragg Holdings, Inc.
SPPR - Alexandria Duke Holdings, Inc.
SPPR - Alexandria Bragg, LLC
SPPR - Alexandria Duke, LLC
SPPR - Alexandria Bragg TRS Subsidiary, LLC
SPPR - Alexandria Duke TRS subsidiary, LLC
Supertel Hospitality REIT Trust
Solomons GP, LC
Supertel Limited Partnership
Solomons Beacon Inn Limited Partnership
Supertel Hospitality Management, Inc.
E&P Financing Limited Partnership
E&P REIT Trust
TRS Leasing, Inc.
TRS Subsidiary, LLC
SPPR TRS Subsidiary, LLC
SPPR Holdings, Inc.
SPPR Hotels, LLC
SPPR-South Bend, LLC
SPPR-BMI Holdings, Inc.
SPPR-BMI TRS Subsidiary, LLC
SPPR-BMI, LLC
SPPR-Dowell, LLC
SPPR-Dowell Holdings, Inc.
SPPR-Dowell TRS Subsidiary, LLC
BMI Alexandria, LLC
BMI Alexandria TRS Subsidiary, LLC
BMI Alexandria Holdings, Inc.


© 2014 Liberty Mutual Insurance
Includes copyrighted material of Insurance Services Office, Inc., with its permission.