# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**WASHINGTON, DC 20549**

## FORM 8-K

**CURRENT REPORT**
**PURSUANT TO SECTION 13 OR 15(D)**
**OF THE SECURITIES EXCHANGE ACT OF 1934**

**August 31, 2017**
**Date of report (Date of earliest event reported)**

# Condor Hospitality Trust, Inc.
**(Exact Name of Registrant as Specified in Its Charter)**

| Maryland | 1-34087 | 52-1889548 |
|---|---|---|
| (State or Other Jurisdiction of Incorporation) | (Commission File Number) | (IRS Employer Identification No.) |
| 4800 Montgomery Lane, Suite 220<br>Bethesda, MD<br>(Address of Principal Executive Offices) | | 20814<br>(Zip Code) |

**(402) 371-2520**
**(Registrant's Telephone Number, Including Area Code)**

**(Former Name or Former Address, if Changed Since Last Report)**

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions (see General Instruction A.2. below):

☐ Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐ Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐ Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

☐ Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 (§230.405 of this chapter) or Rule 12b-2 of the Securities Exchange Act of 1934 (§240.12b-2 of this chapter).

Emerging growth company ☐

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Exhibit 10.2

**FIRST AMENDMENT**
**TO**
**PURCHASE AND SALE AGREEMENT**
**FAIRFIELD INN & SUITES EL PASO AIRPORT**

This FIRST AMENDMENT TO PURCHASE AND SALE AGREEMENT (this " **Amendment** ") dated effective August 31, 2017, is made by and between MB HOSPITALITY (EP), LP, a Texas limited partnership (" **Seller** "), and CONDOR HOSPITALITY LIMITED PARTNERSHIP, a Virginia limited partnership (" **Purchaser** ").

**RECITALS**

A. Seller and Purchaser entered into that certain Purchase and Sale Agreement dated effective as of July 17, 2017 (the " **Agreement** ") in connection with the sale of certain property described therein.

B. Seller and Purchaser desire to amend the Agreement as set forth herein.

NOW THEREFORE, for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, Seller and Purchaser do hereby agree that the Agreement is hereby amended as follows:

1. Wherever used in this Agreement, the following term shall have the meaning set forth below:

" **Purchase Price** " shall mean the sum of Sixteen Million Four Hundred Thousand and No/100 Dollars ($16,400,000.00), subject to adjustment and pro-rations as set forth in the Agreement.

2. All other terms and conditions of the Agreement not specifically modified or supplemented by this Amendment shall remain unchanged and in full force and effect, and the Agreement, as supplemented by this Amendment, is hereby ratified and confirmed. This Amendment (a) shall be governed, construed and enforced under the laws of the State in which the Property is located, (b) contains the entire understanding of the parties with respect to the provisions of the Agreement amended and supplemented hereby, (c) may not be modified except by a writing signed by both parties and (d) shall be binding upon and inure to the benefit of Seller and Purchaser, and their respective successors and permitted assigns.

3. In the event of any conflict between the terms of the Agreement and the terms of this Amendment, the terms of this Amendment shall control.

4. The parties agree that this Amendment may be transmitted between them electronically and the parties intend that an electronically transmitted Amendment containing either the original and/or copies of the signature of all parties shall constitute a binding Amendment. This Amendment may be executed in any number of counterparts, each of which shall be deemed to be an original agreement and all of which when taken together shall be deemed to be one and the same agreement.

5. Capitalized terms used and not otherwise defined herein have the meanings set forth in the Agreement.

**[SIGNATURE PAGES FOLLOWS]**

IN WITNESS WHEREOF, Seller has executed this Amendment as of the date set forth above.

**SELLER:**

MB HOSPITALITY (EP), LP,
a Texas limited partnership

By: MB Hospitality (EP) GP, LLC,
a Texas limited liability company,
its general partner

By: /s/ Jeffrey T. Blackman
Name: Jeffrey T. Blackman
Title: President

**PURCHASER:**

CONDOR HOSPITALITY LIMITED PARTNERSHIP,
a Virginia limited partnership

By: Condor Hospitality REIT Trust,
its general partner

By: /s/ Lauren E. Green
Name: Lauren E. Green
Title: Vice President

[Signature Page]